**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANH PHOMMAVONG, | Case No. 1:25-cv-1527 KES SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | |
| LEWIS, et al., | |
| Defendants. | (Doc. 3) |

Chanh Phommavong, proceeding pro se, initiated this action by filing an unverified complaint.  Doc. 1.  On December 1, 2025, the court issued an order striking the unsigned pleading and ordering Phommavong to file a signed complaint within 30 days.  Doc. 2.  After Phommavong failed to file a verified complaint or otherwise respond to the court, the magistrate judge found Phommavong failed to comply with the order and failed to prosecute this action.  Doc. 3 at 1.  The magistrate judge found terminating sanctions appropriate after considering the factors identified by the Ninth Circuit in *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  *Id.* at 2-3.  The magistrate judge recommended the court dismiss the action without prejudice.  *Id.* at 3.

The court served the findings and recommendations on Phommavong and informed him that any objections were due within 14 days.  Doc. 3 at 4.  The court also informed Phommavong that failure to file timely objections "may result in the waiver of rights on appeal."  *Id.* at 4-5,

1

citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014). Phommavong did not file any objections or otherwise communicate with the court, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court conducted a de novo review of this case. Having carefully reviewed the entire matter, the court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the court **ORDERS**:

1. The findings and recommendations issued January 9, 2026 (Doc. 3) are **ADOPTED** in full.

2. The action is **DISMISSED** without prejudice for failure to prosecute and failure to obey the court's order.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:    February 13, 2026

UNITED STATES DISTRICT JUDGE

2